| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CSM Transportation Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-0937851** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3033 Ogden Avenue**<br>**Lisle, IL**<br>ZIP CODE **60532** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 3533**<br>**Lisle, IL**<br>ZIP CODE **60532** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3033 Ogden Avenue**<br>**Lisle, IL**<br>ZIP CODE **60532** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach a plan signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s) |
| *(This page must be completed and filed in every case)* | CSM Transportation Services, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location | Case Number: | Date Filed: |
| Where Filed:    **NONE** | | |
| Location | Case Number: | Date Filed: |
| Where Filed: | | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| **NONE** | | |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  __Not Applicable_____ |
| | Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. |
| ☑  No |

| **Exhibit D** |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| **(Check any applicable box)** |
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
| **(Check all applicable boxes.)** |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| (Name of landlord that obtained judgment) |
| (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **CSM Transportation Services, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

### Signature of Attorney

X **/s/ Tony Mankus**
Signature of Attorney for Debtor(s)

**Tony Mankus  Bar No.  6192346**
Printed Name of Attorney for Debtor(s) / Bar No.

**Mankus & Marchan, Ltd.**
Firm Name

**5950-E Lincoln Ave. (Rt. 53) Suite #500**
Address

**Lisle, IL 60532-3387**

**(630) 960-0500          (630) 960-0601**
Telephone Number

**10/1/2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Robert T. Smith**
Signature of Authorized Individual

**Robert T. Smith**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/1/2012**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                        Bankruptcy Case Number: _____
**CSM Transportation Services, Inc.**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **55** _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: **10/1/2012** _____          **s/ Robert T. Smith** _____
                                              **Robert T. Smith**
                                                          Debtor

B6A (Official Form 6A) (12/07)

In re: **CSM Transportation Services, Inc.**                  Case No. _____

                           Debtor                                           (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **CSM Transportation Services, Inc.**                                    Case No. _____
                            Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #653077214 JPMorgan Chase Bank PO Box 659754 San Antonio, TX 78265** | | 143.18 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account #2337588442 JPMorgan Chase Bank PO Box 659754 San Antonio, TX 78265** | | 0.12 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | | **5,975.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **CSM Transportation Services, Inc.**   Case No. _____

Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous Equipment & Supplies** | | **325.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **CSM Transportation Services, Inc.** _____ ,    Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached | Total ➤ | **$  6,443.30** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re __CSM Transportation Services, Inc._____ .   Case No. _____
                                          Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| **NONE** | | | **VALUE** _____ | | | | | |

0   continuation sheets
     attached

|  | | |
|---|---|---|
| Subtotal  ➢ (Total of this page) | **$**          **0.00** | **$**          **0.00** |
| Total  ➢ (Use only on last page) | **$**          **0.00** | **$**          **0.00** |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re   **CSM Transportation Services, Inc.**                                    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **CSM Transportation Services, Inc.** _____    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $      **0.00** | $      **0.00** | $      **0.00** |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $      **0.00** | | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $      **0.00** | $      **0.00** |

B6F (Official Form 6F) (12/07)

In re   **CSM Transportation Services, Inc.**                          Case No. _____
                     Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6727/1691**<br><br>**4P, Inc.**<br>**2734 N Walcott Ave**<br>**Unit 203**<br>**Chicago, IL 60614**<br><br>**4P, Inc.**<br>**EDYTA KSIAG**<br>**630 TOLLGATE RD STE B**<br>**ELGIN, IL 60123** | | | **02/29/2012**<br><br>**Debt for Transportation Services** | | | | **1,100.00** |
| ACCOUNT NO.   **6790/31204**<br><br>**Adrian Trucking, Inc.**<br>**705 HWY 78 EAST**<br>**Richland, IA 52585** | | | **03/01/2012**<br><br>**Debt for Transportation Services** | | | | **525.00** |
| ACCOUNT NO.   **6792**<br><br>**Always Moving And Storage Co.**<br>**3600 Parkway Center Court North**<br>**Orlando, FL 32808** | | | **03/09/2012**<br><br>**Debt for Transportation Services** | | | | **425.00** |

<u>18</u>   Continuation sheets attached

Subtotal  ➤  $        **2,050.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **CSM Transportation Services, Inc.**

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5-22000**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535**<br><br>**GS Services Limited Partnership**<br>**Collection Agency Division**<br>**PO Box 47500**<br>**Jacksonville, FL 32247** | X | | 05/12/2012<br><br>**Credit Card Debt** | | | | 2,111.75 |
| ACCOUNT NO.  **3717 384447 51008**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | X | | 05/21/2012<br><br>**Credit Card Debt** | | | | 4,525.01 |
| ACCOUNT NO.  **6132/6553**<br><br>**American Express Logistic, Ltd.**<br>**7955 W 59th St**<br>**Summit Argo, IL 60501**<br><br>**American Express Logistic, Ltd.**<br>**LIUDMILA HARRIGAN**<br>**619 LAKE TRAIL DRIVE**<br>**PALOS PARK, IL 60464** | | | 10/21/2011<br><br>**Debt for Transportation Services** | | | | 2,100.00 |

___18___ Continuation sheets attached

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 8,736.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CSM Transportation Services, Inc.**                              Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6775/1197** | | | 02/07/2012 | | | | 1,325.00 |
| **American Leader, Inc.** **1510 Midway Court #E 105** **Elk Grove Village, IL 60007** **American Leader, Inc.** **LYUDMILA P IVANOVA** **846 SPRING CREEK CT** **ELK GROVE VILLAGE, IL 60007** **TCI Business Capital, Inc** **9185 Paysphere Circle** **Chicago, IL 60674** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **6674/1402** | | | 12/29/2011 | | | | 2,050.00 |
| **ANB Express, Inc.** **309 E Rand Rd** **Unit 166** **Arlington Heights, IL 60004** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **1179D-6791** | | | 04/03/2012 | | | | 1,400.00 |
| **AST, Inc. of Illinois** **2710 Greenleaf Avenue** **Elk Grove Village, IL 60007** **AST, Inc. of Illinois** **ARTUR R. SOLTYS** **1747 W CRYSTAL LN** **UNIT 412** **MOUNT PROSPECT, IL 60056** | | | **Debt for Transportation Services** | | | | |

<u>18</u>   Continuation sheets attached

Sheet no. _2_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    4,775.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.** _____    Case No. _____
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **218934-6756** <br><br> **B&T Mail Service, Inc.** <br> **19625 W. Lincoln Avenue** <br> **New Berlin, WI 53146** | | | **01/16/2012** <br><br> **Debt for Transportation Services** | | | | **500.00** |
| ACCOUNT NO.   **4313 0705 0838 9894** <br><br> **Bank of America** <br> **Attn: Recovery Department** <br> **4161 Peidmont Parkway** <br> **Greensboro, NC 27410** <br><br> **Bank of America** <br> **PO Box 982238** <br> **El Paso, TX 79998** <br><br> **Bank of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | X | | **06/27/2012** <br><br> **Credit Card Debt** | | | | **21,478.69** |
| ACCOUNT NO.   **6653** <br><br> **Baxter Bailey & Associates** <br> **1630 Goodman Road East** <br> **Suite 3** <br> **Southhaven, MS 38671** <br><br> **Eland Logistics, Inc** <br> **1900 N Austin Avenue** <br> **Chicago, IL 60639** <br><br> **ANB LOGISTICS INC.** <br> **ALIAKSANDR BRODKA** <br> **982 S BUFFALO GROVE RD APT 4** <br> **BUFFALO GROVE, IL 60089** | | | **04/17/2012** <br><br> **Debt for Transportation Services** | | | | **2,275.00** |

<u>18</u>   Continuation sheets attached

Sheet no. <u>3</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **24,253.69**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.** _____     Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4505-6663** <br><br> **BCP Transportation, Inc.** <br> **1 Golf Drive** <br> **Deerfield, WI 53531** | | | 04/26/2012 <br><br> **Debt for Transportation Services** | | | | 500.00 |
| ACCOUNT NO. **6624/112269** <br><br> **C2C Global Transportation USA, Inc.** <br> **1481 Timber Drive** <br> **Elgin, IL 60123** <br><br><br> **C2C Global Transportation USA, Inc.** <br> **VYTIS ARANANSKAS** <br> **259 REPUBLIC AVE** <br> **JOLIET, IL 60435** | | | 02/29/2012 <br><br> **Debt for Transportation Services** | | | | 800.00 |
| ACCOUNT NO. **6236/291** <br><br> **Capital Credit** <br> **PO Box 881774** <br> **San Francisco, CA 94188-1774** | | | 03/01/2011 <br><br> **Debt for Transportation Services** | | | | 1,650.00 |
| ACCOUNT NO. **6651/12472-1** <br><br> **Cima Transportation** <br> **13252 T I BLVD** <br> **Dallas, TX 75243** | | | 12/29/2011 <br><br> **Debt for Transportation Services** | | | | 1,675.00 |

<u>18</u>   Continuation sheets attached

Sheet no. <u>4</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                  **4,625.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CSM Transportation Services, Inc.**                      Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8771 20 008 0015593** | | | 07/28/2012 | | | | 1,154.79 |
| **Comcast Cable**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002**<br><br>**Comcast Cable**<br>**155 Industrial Drive**<br>**Elmhurst, IL 60126-1618**<br><br>**Commercial Recovery Group, Inc.**<br>**1012 State College Rd.**<br>**Ste. 203**<br>**Dover, DE 19904** | | | **Debt for Telecommunication Services** | | | | |
| ACCOUNT NO.   **6693/44505** | | | 12/29/2011 | | | | 1,300.00 |
| **Comdata Network, Inc.**<br>**MSC-410115**<br>**PO Box 415000**<br>**Nashville, TN 37241-5000** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **6879450204007863750** | | | 04/23/2012 | | | | 43.00 |
| **DELL Financial Services**<br>**One Dell Way**<br>**PS2DF-17**<br>**Round Rock, TX 78682**<br><br>**DFS Acceptance**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** | | | **Debt for Computer Supplies Purchase** | | | | |
| ACCOUNT NO. | | | 2/15/2012 | | | | 450.00 |
| **Express Logistics Systems, Inc.**<br>**1386 Knollwood Cir.**<br>**Crystal Lake, IL 60014** | | | **Debt for Transportation Services** | | | | |

_18_   Continuation sheets attached

Sheet no. _5_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    **2,947.79**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **CSM Transportation Services, Inc.** _____    Case No. _____
_____
Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5588ZF-6780** | | | 02/18/2012 | | | | 425.00 |
| **FirstLine Funding Group** **PO Box 328** **Madison, SD 57042** **SMA Trucking, Inc.** **1033 Noel Avenue** **Wheeling, IL 60090** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **1198** | | | 04/09/2012 | | | | 1,125.00 |
| **Flo Trans, Inc.** **4800 S Central** **Unit 108** **Chicago, IL 60638** **FLO TRANSPORTATION, INC.** **29 S LASALLE ST STE 456** **CHICAGO, IL 60603** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **6714/5541** | | | 05/30/2012 | | | | 1,250.00 |
| **Focus Trucking, Inc.** **6832 West 86th Ct.** **Crown Point, IN 46307** **Focus Trucking, Inc.** **21W767 CLIFFORD ROAD** **GLEN ELLYN, IL 60137** **C2S Resources, LLC** **56 Perimeter Center East** **Suite 100** **Atlanta, GA 30346** | | | **Debt for Transportation Services** | | | | |

<u>18</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **2,800.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.**                         Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2011-1508, 1091**<br>**Freight Capital**<br>**dba for Capital Partners Funding LLC**<br>**2544 Campbell Place**<br>**Suite 200**<br>**Carlsbad , CA 92009** | | | 05/15/2012<br>**Debt for Transportation Services** | | | | 1,725.00 |
| ACCOUNT NO. **112459**<br>**Freight Management Systems, Inc.**<br>**PO Box 290343**<br>**Ft. Lauderdale, FL 33329** | | | 02/15/2012<br>**Debt for Computer Services** | | | | 150.00 |
| ACCOUNT NO. **956542/6636/11184**<br>**GT Cargo Inc.**<br>**PO Box 207**<br>**Blue Island, IL 60406**<br><br>**Richard T. Avis, Attorney & Associates**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006**<br><br>**GT Cargo Inc.**<br>**THOMAS GINTILA**<br>**3301 WIRETON ROAD UNIT 100S**<br>**BLUE ISLAND, IL 60406** | | | 05/15/2012<br>**Debt for Transportation Services** | | | | 935.00 |
| ACCOUNT NO. **6618/86117323**<br>**Gundlach and Sons Leasing Co., Inc**<br>**12332 4 A Road**<br>**Plymouth, IN 46563**<br><br>**Blankenship and Haas, Professional Assoc**<br>**7050 Madison Avenue**<br>**Indianapolis, IN 46227** | | | 06/07/2012<br>**Debt for Transportation Services** | | | | 750.00 |

      18   Continuation sheets attached

Sheet no.  7 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                  Subtotal  >  $        3,560.00

                                                  Total  >  $

                        (Use only on last page of the completed Schedule F.)
              (Report also on Summary of Schedules and, if applicable on the Statistical
                   Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.**                              Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1676-6736 | | | 02/29/2012 | | | | 2,250.00 |
| Interstate Capital Corp. c/o National Freight Lines, Inc. PO Box 915183 Dallas, TX 75391-5183  Interstate Capital Corp. PO Box 1229 1255 Country Club Road, Ste D Santa Teresa, MD 88008  National Freight Lines, Inc. ANEL BAJTAREVIC 6458 N SACREMENTO AVE CHICAGO, IL 60645 | | | Debt for Transportation Services | | | | |
| ACCOUNT NO.    4246 3113 6128 1360 | X | | 07/26/2012 | | | | 15,042.03 |
| JPMorgan Chase Bank PO Box 15153 Wilmington, DE 19886-5153  JPMorgan Chase Bank PO Box 15298 Wilmington, DE 19850-5298 | | | Credit Card Debt | | | | |

_____18___  Continuation sheets attached

Sheet no.  8  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                                    **17,292.03**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.**                     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **200-200-450398135004**<br><br>**JPMorgan Chase Bank**<br>**PO Box 659732**<br>**San Antonio, TX 78265-9751**<br><br><br>**JP Morgan Chase Bank**<br>**PO Box 29550 AZ1-1004**<br>**Phoenix, AZ 85038**<br><br>**JP Morgan Chase Bank**<br>**Portfolio Management Center**<br>**50 South Main Street**<br>**Akron, OH 44308-1828**<br><br>**JPMorgan Chase Bank**<br>**Portfolio Management Center AZ1-1024**<br>**PO Box 29550**<br>**Phoenix, AZ 85038** | X | | 04/16/2012<br><br>**Business Line of Credit Debt** | | | | 49,905.59 |
| ACCOUNT NO.  **6788-0/296**<br><br>**Key Transport, Inc.**<br>**2258 Landmier Rd.**<br>**Unit D**<br>**Elk Grove Village, IL 60007**<br><br>**KEY TRANSPORT, INC.**<br>**MARIYANA K DIMITROVA**<br>**8601 W SUMMERDALE AVE 3**<br>**CHICAGO, IL 60656** | | | 02/21/2012<br><br>**Debt for Transportation Services** | | | | 1,300.00 |

__18__  Continuation sheets attached

Sheet no. _9_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                          **51,205.59**

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **CSM Transportation Services, Inc.** _____     Case No. _____
                     Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6758/1091** | | | **01/07/2012** | | | | **475.00** |
| **Lutrac Trucking Corporation** c/o Freight Capital PO Box 396 Worth, IL 60482-0396 **Lutrac Trucking Corporation** **LUBOMIR YASEK** **6720 W 114TH ST** **WORTH, IL 60482** **Capital Partners Funding, LLC** **dba Freight Capital** **PO Box 2642** **Carisbad, CA 92018-2642** **Trans Recovery Solutions, LLC** **8869 Centre Street** **Suite B** **Southhaven, MS 3861** **#3624** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **16792-6767** | | | **01/26/2012** | | | | **400.00** |
| **Maktrans Logistics, Inc.** **8100 W 47th Street** **Lyons, IL 60534** **Maktrans Logistics, Inc.** **VLATKO DODEVSKI** **10723 5TH AVE CUTOFF STE 410** **COUNTRYSIDE, IL 60525** **Compass Funding Solutions** **15 W 580 N Frontage Rd.** **Burr Ridge, IL 60527** | | | **Debt for Transportation Services** | | | | |

_18_   Continuation sheets attached

Sheet no. _10_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    **875.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **CSM Transportation Services, Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mara Transport, Inc.**<br>**1249 Hart Avenue**<br>**Union, IA 50248**<br><br><br>**TIA Security Claims**<br>**150 Northwest Point Blvd.**<br>**4th Floor**<br>**Elk Grove Village, IL 60007** | | | **05/01/2012**<br><br>**Debt for Transportation Services** | | | | **1,400.00** |
| ACCOUNT NO. **519796-6719** <br><br>**Marvin Keller Trucking, Inc.**<br>**1500 West Pointe Way**<br>**Sullivan, IL 61951**<br><br><br>**United Mediation Services, Inc.**<br>**5068 West Plano Pkwy**<br>**Suite 300**<br>**Plano, TX 75093** | | | **04/15/2012**<br><br>**Debt for Transportation Services** | | | | **1,080.00** |
| ACCOUNT NO. **702339-6732** <br><br>**Medallion Transport & Logistics, LLC**<br>**39 E Main Street**<br>**Suite 200**<br>**Moorestown, NJ 08057**<br><br><br>**Medallion Transport Holdings, Inc.**<br>**39 E Main Street**<br>**Suite 200**<br>**Moorestown, NJ 08057** | | | **03/14/2012**<br><br>**Debt for Transportation Services** | | | | **1,350.00** |

<u>18</u>   Continuation sheets attached

Sheet no. <u>11</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   **3,830.00**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CSM Transportation Services, Inc.** _____   Case No. _____
                                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **83764-6609**<br><br>**MGR Freight System, Inc.**<br>**736 Terry Lane**<br>**Countryside, IL 60525**<br><br><br>**MGR Freight System, Inc.**<br>**LJUBISA SREJOVIC**<br>**1106 DAWES**<br>**LIBERTYVILLE, IL 60048** | | | 04/20/2012<br><br>**Debt for Transportation Services** | | | | 1,800.00 |
| ACCOUNT NO.   **N/A**<br><br>**Midway Center LLC**<br>**PO Box 4857**<br>**Naperville, IL 60567** | | | 08/30/2012<br><br>**Debt for Nonresdential Real Property Lease** | | | | 4,896.00 |
| ACCOUNT NO.   **MT-3179/6766-0**<br><br>**MTR Express, Inc.**<br>**889 N. Central Avenue**<br>**Wooddale, IL 60191**<br><br><br>**MTR Express, Inc.**<br>**VLADISLAV KRIATCHKO**<br>**1234 SARASOTA DR**<br>**WHEELING, IL 60090**<br><br>**Capital Guarantee, Inc**<br>**PO Box 7384**<br>**Buffalo Grove, IL 60089** | | | 04/11/2012<br><br>**Debt for Transportation Services** | | | | 1,100.00 |

    18   Continuation sheets attached

Sheet no.  12 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **7,796.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CSM Transportation Services, Inc.**                    Case No. _____
               Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6700/2011-1508** | | | **02/27/2012** | | | | **1,250.00** |
| **New Ram Express LLC c/o Freight Capital 10700 Venture Dr Suite A Franklin, WI 53132**<br><br>**Freight Capital PO Box 2642 Carlsbad, CA 92018-2642** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **6776/234535** | | | **02/15/2012** | | | | **1,500.00** |
| **Patterson Freight Systems, Inc. 2400 Roberts Ranch Rd. Plant City, FL 33566**<br><br>**Ingold Law 5672 Main Street Williamsville, NY 14221 #739907** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **011915-01/011943-01** | | | **4/3/2012** | | | | **1,300.00** |
| **Quality Flatbeds, LLC 849 Nandino Blvd Lexington, KY 40511**<br><br>**Corporate Billing, LLC PO Box 1000, Dept 959 Memphis, TN 38148** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.   **5574367** | | | **03/09/2012** | | | | **91.35** |
| **Quill Corporation PO Box 376000 Philadelphia, PA 19101-0600** | | | **Debt for Office Supplies Purchase** | | | | |

___18___  Continuation sheets attached

Sheet no. _13_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                     **4,141.35**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **CSM Transportation Services, Inc.** _____    Case No. _____

Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CP2149375C** | | | **05/04/2012** | | | | **211.30** |
| Reliance Insurance Agency, Inc. 12 W Naperville Rd. Westmont, IL 60559 | | | **Debt for Business Insurance Services** | | | | |
| Appalachian Underwriters, Inc. 800 Oak Ridge Turnpike Suite A-1000 Oak Ridge, NJ 37830 | | | | | | | |
| ACCOUNT NO.  **3878/6593/6611** | | | **04/23/2012** | | | | **2,300.00** |
| RTS Financial Service, Inc. PO Box 840267 Dallas, TX 75284-0267 | | | **Debt for Transportation Services** | | | | |
| Global Cargo, Inc. 2250 Landmeier Road Elk Grove Village, IL 60007 | | | | | | | |
| J D Factors, LLC 301 S County Farm Road 3rd Floor Wheaton, IL 60187 | | | | | | | |
| Owl Logistics Inc. 792 River Mill Pkwy Wheeling, IL 60090 | | | | | | | |

_18_  Continuation sheets attached

Sheet no. _14_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **2,511.30**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.**  Case No. _____
                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0901839**<br><br>**Saia Motor Freight Line, LLC**<br>**PO Box 730532**<br>**Dallas, TX 75373-0532**<br><br><br>**Clovis & Roche, Inc.**<br>**PO Box 2309**<br>**Hammond, LA 70401-2309**<br><br>**Saia Motor Freight LLC**<br>**PO Box A**<br>**Station 1**<br>**Houma, LA 70363**<br><br>**C T CORPORATION SYSTEM**<br>**208 SO LASALLE ST, SUITE 814**<br>**CHICAGO, IL 60604** | | | **06/14/2012**<br><br>**Debt for Transportation Services** | | | | **8,321.72** |
| ACCOUNT NO.  **129740/6772/6777**<br><br>**Scarbrough Logistics, Ltd.**<br>**PO Box 20492**<br>**Kansas City, MO 64195**<br><br><br>**Scarbrough Logistics, Ltd.**<br>**10841 N.W.Ambassador Drive**<br>**Kansas City, MS 64152** | | | **02/10/2012**<br><br>**Debt for Transportation Services** | | | | **725.00** |
| ACCOUNT NO.  **6718/9609**<br><br>**Scenic Wood Products, Inc.**<br>**PO Box 396**<br>**Sugarcreek, OH 44681** | | | **08/01/2012**<br><br>**Debt for Transportation Services** | | | | **775.00** |

_18_  Continuation sheets attached

Sheet no. _15_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                    **9,821.72**

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CSM Transportation Services, Inc.**                             Case No. _____
                      Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1060-6751**<br><br>**Service Immediate, Inc.**<br>**440 Bonnie Ln**<br>**Elk Grove Village, IL 60007**<br><br><br>**Service Immediate, Inc.**<br>**MARIYA PETRYSKYN**<br>**610 COBBLESTONE CIRCLE #A**<br>**GLENVIEW, IL 60025** | | | **04/20/2012**<br><br>**Debt for Transportation Services** | | | | **2,300.00** |
| ACCOUNT NO.  **6744/7**<br><br>**St. John Capital Corporation**<br>**PO Box 718**<br>**Park Ridge, IL 60068** | | | **02/29/2012**<br><br>**Debt for Transportation Services** | | | | **325.00** |
| ACCOUNT NO.  **6726/322**<br><br>**Stream Logistics, Inc.**<br>**860 Sivert Drive**<br>**Wood Dale, IL 60191**<br><br><br>**Stream Logistics, Inc.**<br>**EDYTA KSIAG**<br>**630 TOLLGATE RD UNIT B**<br>**ELGIN, IL 60123** | | | **02/29/2012**<br><br>**Debt for Transportation Services** | | | | **682.45** |

      18  Continuation sheets attached

Sheet no.  16  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  ➤  $              **3,307.45**

                                                        Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **CSM Transportation Services, Inc.** _____     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6724/6725/14939/14938**<br><br>**Teper Transportation, Inc.**<br>**248 Kosan Circle**<br>**Streamwood, IL 60107**<br><br><br>**Teper Transportation, Inc.**<br>**WOJCIECH TEPER**<br>**2425 E OAKTON ST**<br>**ARLINGTON HEIGHTS, IL 60005** | | | **02/08/2012**<br><br>**Debt for Transportation Services** | | | | **800.00** |
| ACCOUNT NO.   **298179-208947**<br><br>**Transcore/Truckers Edge**<br>**Attn: A/P (K. Mitchell)**<br>**11000 SW Stratus**<br>**Ste 200**<br>**Beaverton, OR 97008**<br><br>**Transworld Systems, Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044**<br>**#MJ4973**<br><br>**Transworld Systems, Inc.**<br>**PO Box 15630**<br>**Dept 23**<br>**Wilmington, De19850-5630**<br><br>**TransCore #3801**<br>**PO Box 8500**<br>**Philadelphia, PA19178-3801** | | | **04/05/2012**<br><br>**Debt for Computer Services** | | | | **416.13** |

<u>18</u>   Continuation sheets attached

Sheet no. <u>17</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                        **1,216.13**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CSM Transportation Services, Inc.**                                          Case No. _____
                              Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6748/45169** | | | **02/29/2012** | | | | **550.00** |
| **Translink, Inc.**<br>**888 Larch Ave**<br>**Elmhurst, IL 60126**<br><br>**Translink, Inc.**<br>**PATRICIA E WRIGHT**<br>**750 N ROHLWING ROAD**<br>**ADDISON, IL 60101** | | | **Debt for Transportation Services** | | | | |
| ACCOUNT NO.    **3676 / 6733-0** | | | **6/1/2012** | | | | **1,125.00** |
| **Wegpac, Inc.**<br>**PO Box 649**<br>**Waupaca, WI 54981** | | | **Debt for Transportation Services** | | | | |

__18__   Continuation sheets attached

Sheet no. __18__ of __18__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                      **1,675.00**

Total  ➤  $                      **157,419.81**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Tony Mankus   6192346**
**Mankus & Marchan, Ltd.**
**5950-E Lincoln Ave. (Rt. 53)**
**Suite #500**
**Lisle, IL 60532-3387**

**(630) 960-0500**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor: **CSM Transportation Services, Inc.**
Social Security Number:   **20-0937851**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1.**    **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | **Unsecured Claims** | **$  2,111.75** |
| **2.**    **Midway Center LLC**<br>**PO Box 4857**<br>**Naperville, IL 60567** | **Unsecured Claims** | **$  4,896.00** |
| **3.**    **4P, Inc.**<br>**2734 N Walcott Ave**<br>**Unit 203**<br>**Chicago, IL 60614** | **Unsecured Claims** | **$  1,100.00** |
| **4.**    **Adrian Trucking, Inc.**<br>**705 HWY 78 EAST**<br>**Richland, IA 52585** | **Unsecured Claims** | **$   525.00** |
| **5.**    **Always Moving And Storage Co.**<br>**3600 Parkway Center Court North**<br>**Orlando, FL 32808** | **Unsecured Claims** | **$   425.00** |

In re:    **CSM Transportation Services, Inc.**                                   Case No. _____

| | | |
|---|---|---|
| **6.** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | **Unsecured Claims**    $ 4,525.01 |
| **7.** | **American Express Logistic, Ltd.**<br>**7955 W 59th St**<br>**Summit Argo, IL 60501** | **Unsecured Claims**    $ 2,100.00 |
| **8.** | **American Leader, Inc.**<br>**1510 Midway Court #E 105**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims**    $ 1,325.00 |
| **9.** | **ANB Express, Inc.**<br>**309 E Rand Rd**<br>**Unit 166**<br>**Arlington Heights, IL 60004** | **Unsecured Claims**    $ 2,050.00 |
| **10.** | **AST, Inc. of Illinois**<br>**2710 Greenleaf Avenue**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims**    $ 1,400.00 |
| **11.** | **B&T Mail Service, Inc.**<br>**19625 W. Lincoln Avenue**<br>**New Berlin, WI 53146** | **Unsecured Claims**    $   500.00 |
| **12.** | **Bank of America**<br>**Attn: Recovery Department**<br>**4161 Peidmont Parkway**<br>**Greensboro, NC 27410** | **Unsecured Claims**    $ 21,478.69 |
| **13.** | **Baxter Bailey & Associates**<br>**1630 Goodman Road East**<br>**Suite 3**<br>**Southhaven, MS 38671** | **Unsecured Claims**    $ 2,275.00 |
| **14.** | **BCP Transportation, Inc.**<br>**1 Golf Drive**<br>**Deerfield, WI 53531** | **Unsecured Claims**    $   500.00 |

In re:    **CSM Transportation Services, Inc.**                                    Case No. _____

| | | |
|---|---|---|
| 15. | **C2C Global Transportation USA, Inc.**<br>**1481 Timber Drive**<br>**Elgin, IL 60123** | **Unsecured Claims** | **$    800.00** |
| 16. | **Capital Credit**<br>**PO Box 881774**<br>**San Francisco, CA 94188-1774** | **Unsecured Claims** | **$  1,650.00** |
| 17. | **Cima Transportation**<br>**13252 T I BLVD**<br>**Dallas, TX 75243** | **Unsecured Claims** | **$  1,675.00** |
| 18. | **Comcast Cable**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | **Unsecured Claims** | **$  1,154.79** |
| 19. | **Comdata Network, Inc.**<br>**MSC-410115**<br>**PO Box 415000**<br>**Nashville, TN 37241-5000** | **Unsecured Claims** | **$  1,300.00** |
| 20. | **DELL Financial Services**<br>**One Dell Way**<br>**PS2DF-17**<br>**Round Rock, TX 78682** | **Unsecured Claims** | **$     43.00** |
| 21. | **Express Logistics Systems, Inc.**<br>**1386 Knollwood Cir.**<br>**Crystal Lake, IL 60014** | **Unsecured Claims** | **$    450.00** |
| 22. | **FirstLine Funding Group**<br>**PO Box 328**<br>**Madison, SD 57042** | **Unsecured Claims** | **$    425.00** |
| 23. | **Flo Trans, Inc.**<br>**4800 S Central**<br>**Unit 108**<br>**Chicago, IL 60638** | **Unsecured Claims** | **$  1,125.00** |

In re:   **CSM Transportation Services, Inc.**                    Case No. _____

| | | |
|---|---|---|
| 24 .   **Focus Trucking, Inc.**<br>**6832 West 86th Ct.**<br>**Crown Point, IN 46307** | **Unsecured Claims** | $  1,250.00 |
| 25 .   **Freight Capital**<br>**dba for Capital Partners Funding LLC**<br>**2544 Campbell Place**<br>**Suite 200**<br>**Carlsbad , CA 92009** | **Unsecured Claims** | $  1,725.00 |
| 26 .   **Freight Management Systems, Inc.**<br>**PO Box 290343**<br>**Ft. Lauderdale, FL 33329** | **Unsecured Claims** | $   150.00 |
| 27 .   **GT Cargo Inc.**<br>**PO Box 207**<br>**Blue Island, IL 60406** | **Unsecured Claims** | $   935.00 |
| 28 .   **Gundlach and Sons Leasing Co., Inc**<br>**12332 4 A Road**<br>**Plymouth, IN 46563** | **Unsecured Claims** | $   750.00 |
| 29 .   **Interstate Capital Corp.**<br>**c/o National Freight Lines, Inc.**<br>**PO Box 915183**<br>**Dallas, TX 75391-5183** | **Unsecured Claims** | $  2,250.00 |
| 30 .   **Mara Transport, Inc.**<br>**1249 Hart Avenue**<br>**Union, IA 50248** | **Unsecured Claims** | $  1,400.00 |
| 31 .   **JPMorgan Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **Unsecured Claims** | $ 15,042.03 |
| 32 .   **JPMorgan Chase Bank**<br>**PO Box 659732**<br>**San Antonio, TX 78265-9751** | **Unsecured Claims** | $ 49,905.59 |

In re: **CSM Transportation Services, Inc.**    Case No. _____

| | | |
|---|---|---|
| 33. **Key Transport, Inc.**<br>2258 Landmier Rd.<br>Unit D<br>Elk Grove Village, IL 60007 | **Unsecured Claims** | $ 1,300.00 |
| 34. **Lutrac Trucking Corporation**<br>c/o Freight Capital<br>PO Box 396<br>Worth, IL 60482-0396 | **Unsecured Claims** | $ 475.00 |
| 35. **Maktrans Logistics, Inc.**<br>8100 W 47th Street<br>Lyons, IL 60534 | **Unsecured Claims** | $ 400.00 |
| 36. **Marvin Keller Trucking, Inc.**<br>1500 West Pointe Way<br>Sullivan, IL 61951 | **Unsecured Claims** | $ 1,080.00 |
| 37. **Medallion Transport & Logistics, LLC**<br>39 E Main Street<br>Suite 200<br>Moorestown, NJ 08057 | **Unsecured Claims** | $ 1,350.00 |
| 38. **MGR Freight System, Inc.**<br>736 Terry Lane<br>Countryside, IL 60525 | **Unsecured Claims** | $ 1,800.00 |
| 39. **MTR Express, Inc.**<br>889 N. Central Avenue<br>Wooddale, IL 60191 | **Unsecured Claims** | $ 1,100.00 |
| 40. **New Ram Express LLC**<br>c/o Freight Capital<br>10700 Venture Dr<br>Suite A<br>Franklin, WI 53132 | **Unsecured Claims** | $ 1,250.00 |
| 41. **Patterson Freight Systems, Inc.**<br>2400 Roberts Ranch Rd.<br>Plant City, FL 33566 | **Unsecured Claims** | $ 1,500.00 |

In re:   **CSM Transportation Services, Inc.**                Case No. _____

| | | |
|---|---|---|
| 42. | **Quality Flatbeds, LLC**<br>**849 Nandino Blvd**<br>**Lexington, KY 40511** | **Unsecured Claims** |
| | | **$  1,300.00** |

42.  **Quality Flatbeds, LLC**
     **849 Nandino Blvd**
     **Lexington, KY 40511**                **Unsecured Claims**          **$  1,300.00**

43.  **Quill Corporation**
     **PO Box 376000**
     **Philadelphia, PA 19101-0600**        **Unsecured Claims**          **$     91.35**

44.  **Reliance Insurance Agency, Inc.**
     **12 W Naperville Rd.**
     **Westmont, IL 60559**                 **Unsecured Claims**          **$    211.30**

45.  **RTS Financial Service, Inc.**
     **PO Box 840267**
     **Dallas, TX 75284-0267**              **Unsecured Claims**          **$  2,300.00**

46.  **Saia Motor Freight Line, LLC**
     **PO Box 730532**
     **Dallas, TX 75373-0532**              **Unsecured Claims**          **$  8,321.72**

47.  **Scarbrough Logistics, Ltd.**
     **PO Box 20492**
     **Kansas City, MO 64195**              **Unsecured Claims**          **$    725.00**

48.  **Scenic Wood Products, Inc.**
     **PO Box 396**
     **Sugarcreek, OH 44681**               **Unsecured Claims**          **$    775.00**

49.  **Service Immediate, Inc.**
     **440 Bonnie Ln**
     **Elk Grove Village, IL 60007**        **Unsecured Claims**          **$  2,300.00**

50.  **St. John Capital Corporation**
     **PO Box 718**
     **Park Ridge, IL 60068**               **Unsecured Claims**          **$    325.00**

In re:    **CSM Transportation Services, Inc.**                    Case No. _____

| | | |
|---|---|---|
| 51. **Stream Logistics, Inc.**<br>**860 Sivert Drive**<br>**Wood Dale, IL 60191** | **Unsecured Claims** | **$    682.45** |
| 52. **Teper Transportation, Inc.**<br>**248 Kosan Circle**<br>**Streamwood, IL 60107** | **Unsecured Claims** | **$    800.00** |
| 53. **Transcore/Truckers Edge**<br>**Attn: A/P (K. Mitchell)**<br>**11000 SW Stratus**<br>**Ste 200**<br>**Beaverton, OR 97008** | **Unsecured Claims** | **$    416.13** |
| 54. **Translink, Inc.**<br>**888 Larch Ave**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$    550.00** |
| 55. **Wegpac, Inc.**<br>**PO Box 649**<br>**Waupaca, WI 54981** | **Unsecured Claims** | **$  1,125.00** |

In re:   **CSM Transportation Services, Inc.**                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **CSM Transportation Services, Inc.** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **7 sheets** (not including this declaration), and that it is true to
the best of my information and belief.

Signature:   **s/ Robert T. Smith** _____

**CSM Transportation Services, Inc.**

Dated:   **10/1/2012** _____

B6G (Official Form 6G) (12/07)

In re: **CSM Transportation Services, Inc.**            Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Midway Center LLC**<br>**PO Box 4857**<br>**Naperville, IL 60567** | **NONRESIDENTIAL REAL PROPERTY LEASE** |

**B6H (Official Form 6H) (12/07)**

In re: **CSM Transportation Services, Inc.**                    Case No. _____
_____
                    **Debtor**                                                            **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515**<br><br>**Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515** | **Bank of America**<br>**Attn: Recovery Department**<br>**4161 Peidmont Parkway**<br>**Greensboro, NC 27410** |
| **Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515** | **JPMorgan Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515** | **JPMorgan Chase Bank**<br>**PO Box 659732**<br>**San Antonio, TX 78265-9751** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re  **CSM Transportation Services, Inc.**                              ,        Case No. _____

                                    Debtor

                                                Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $        0.00 | | |
| B - Personal Property | NO | 3 | $     6.443.30 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    157.419.81 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 28 | $     6,443.30 | $    157,419.81 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **CSM Transportation Services, Inc.**                                    Case No. _____
_____
**Debtor**                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I **Robert T. Smith**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of      **30**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **10/1/2012**_____          Signature:   **s/ Robert T. Smith**_____

                                                         **Robert T. Smith President**_____
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:   **CSM Transportation Services, Inc.**_____,     Case No. _____

_____
                              Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.   Income from employment or operation of business

None
☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 650,826.00 | **Corporate Business Gross Receipts for Third Party Logistics Services** | **2010** |
| 552,307.00 | **Corporate Business Gross Receipts for Third Party Logistics Services** | **2011** |
| 58,572.04 | **Corporate Business Gross Receipts for Third Party Logistics Services** | **2012** |

## 2.   Income other than from employment or operation of business

None
☑     State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.   Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑     a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **JPMorgan Chase Bank PO Box 659732 San Antonio, TX 78265-9751** | **07/13/2012 - $493.26** | **493.26** | **49,905.59** |

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
       debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
       or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑      ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
       contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
       gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑      of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

## 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mankus & Marchan, Ltd.**<br>**5950-E Lincoln Ave. (Rt. 53)**<br>**Suite #500**<br>**Lisle, IL 60532-3387** | **05/21/2012** | **2,500.00** |

## 10.  Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑      debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑      self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑      sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
       savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
       credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
       filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
       both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑
If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CSM Transportation Services, Inc.** | **20-0937851** | **3033 Ogden Avenue Lisle, IL 60532** | **Third Party Logistics Services** | **03/19/2004** **03/23/2012** |

None
☑

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hunzinger and CO CPAs** **6330 Belmont Road** **Suite 2** **Downers Grove, IL 60516** | **from 05/2012 (tax preparation)** |
| **Wiliams & Associates** **2421 W. 75th Street** **Woodridge, IL 60517** | **04/2010  - 03/2012** |

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Wiliams & Associates** | **2421 W. 75th Street** **Woodridge, IL 60517** |

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Robert T. Smith**<br>**3248 Venard Road**<br>**Downers Grove, IL 60515** | **President & Secretary** | **100 %** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  10/1/2012          Signature  **s/ Robert T. Smith**

**Robert T. Smith, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**Form B1, Exhibit C**
**(9/01)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                          Case No.:

**CSM Transportation Services, Inc.**                          Chapter:   **7**
Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**
_____
_____
_____
_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**
_____
_____
_____
_____

# United States Bankruptcy Court
## Northern District of Illinois

In re:  **CSM Transportation Services, Inc.**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Robert T. Smith<br>3248 Venard Road<br>Downers Grove, IL 60515** | **Common** | **100** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Robert T. Smith**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  <u>**10/1/2012**</u>                              **s/ Robert T. Smith**

**Robert T. Smith, President, CSM Transportation Services, Inc.**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **CSM Transportation Services, Inc.** _____,   Case No. _____

Debtor   Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   157,419.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   157,419.81 |

# United States Bankruptcy Court
# Northern District of Illinois

In re  **CSM Transportation Services, Inc.**                    Case No.

Debtor.                                                          Chapter    **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **CSM Transportation Services, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                          **% of Shares Owned**

**None**

OR,

____**X**____  There are no entities to report.

By/s/ Tony  Mankus
**Tony Mankus**
Signature of Attorney

Counsel for    **CSM Transportation Services, Inc.**
Bar no.:       **6192346**
Address.:      **Mankus & Marchan, Ltd.**
               **5950-E Lincoln Ave. (Rt. 53)**
               **Suite #500**
               **Lisle, IL 60532-3387**
Telephone No.: **(630) 960-0500**
Fax No.:       **(630) 960-0601**
E-mail address: **tman@irstax.com**

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:   **CSM Transportation Services, Inc.**                    Case No. _____

                                                                 Chapter    **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,500.00** |
| Prior to the filing of this statement I have received | $ **2,500.00** |
| Balance Due | $ **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **10/1/2012** _____

                                        **/s/ Tony  Mankus** _____
                                        **Tony Mankus, Bar No.  6192346**

                                        **Mankus & Marchan, Ltd.**
                                        Attorney for Debtor(s)

## United States Bankruptcy Court

### Northern District of Illinois

In re:                                                                                    Case No. _____

                                                                                         Chapter     **7**

**CSM Transportation Services, Inc.**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert T. Smith**, declare under penalty of perjury that I am the **President** of **CSM Transportation Services, Inc.,** a  **IL** Corporation and that on **08/20/2012** the following resolution was duly adopted by the **Robert T. Smith** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert T. Smith**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Robert T. Smith**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Robert T. Smith**, **President** of this Corporation, is authorized and directed to employ **Tony Mankus**, attorney and the law firm of **Mankus & Marchan, Ltd.** to represent the Corporation in such bankruptcy case."

Executed on:   **10/1/2012**  _____

Signed:      **s/ Robert T. Smith** _____
             **Robert T. Smith**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **CSM Transportation Services, Inc.**                                    Case No. _____

                                                                                 Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                    $       **283,840.94**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                            $ _____**0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                  $ _____**0.00**
    4.  Payroll Taxes                                                           _____**0.00**
    5.  Unemployment Taxes                                                      _____**0.00**
    6.  Worker's Compensation                                                   _____**0.00**
    7.  Other Taxes                                                             _____**0.00**
    8.  Inventory Purchases (Including raw materials)                           _____**0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                                  _____**0.00**
    10. Rent (Other than debtor's principal residence)                         _____**0.00**
    11. Utilities                                                              _____**0.00**
    12. Office Expenses and Supplies                                           _____**0.00**
    13. Repairs and Maintenance                                                _____**0.00**
    14. Vehicle Expenses                                                       _____**0.00**
    15. Travel and Entertainment                                               _____**0.00**
    16. Equipment Rental and Leases                                            _____**0.00**
    17. Legal/Accounting/Other Professional Fees                               _____**0.00**
    18. Insurance                                                              _____**0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)                       _____**0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**                                                              _____

    21. Other (Specify):

        **None**                                                              _____

    22. Total Monthly Expenses (Add items 3 - 21)                               $ _____**0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)                $ _____**0.00**